UNITED STATES COURT OF INTERNATIONAL TRADE        FORM 1

| General Cable Industries, Inc. |
| Plaintiff, |
| v. |
| UNITED STATES, |
| Defendant. |

S U M M O N S

Court No. 22-00150

TO:   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ **Mario Toscano**
Clerk of the Court

## PROTEST

| Port(s) of Entry: | See Schedule Attached | Center (if known): | CEE005 - Base Metals |
|---|---|---|---|
| Protest Number: | See Schedule Attached | Date Protest Filed: | See Schedule Attached |
| Importer: | General Cable Industries, Inc. | Date Protest Denied: | See Schedule Attached |
| Category of Merchandise: | Aluminum | | |

## ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| See Schedule Attached | See Schedule Attached | See Schedule Attached | See Schedule Attached | See Schedule Attached | See Schedule Attached |
| | | | | | |
| | | | | | |
| | | | | | |

Jan de Beer
FROST BROWN TODD LLC
250 West Main Street, Suite 2800
Lexington, Kentucky 40507
859-244-3247
JdeBeer@fbtlaw.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | | |
|---|---|---|---|---|---|
| | Assessed | | Protest Claim | | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate | |
| Aluminum Cable | 9903.85.0300 | 14.9% total (Section 232 10% tariff + 4.9% general duty rate) | 7614.90.2030 | 4.9% | |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:
The inapplicability and incorrect assessment of the additional 10% import tariff on the protested entries under Section 232 of the Trade Expansion Act of 1962, which was ruled invalid and contrary to law by the U.S. Court of International Trade in Primesource Building Products, Inc. v. United States, et al., on April 5, 2021.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_Signature of Plaintiff's Attorney_

May 13, 2022
_Date_

# SCHEDULE OF PROTESTS

CEE005 - Base Metals

Center (if known) _____

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 200621106480 | 07/30/2021 | 11/22/2021 | 10164384802 | 03/15/2020 | 02/05/2021 | 2006 |
| | | | 10164650152 | 04/09/2020 | 03/05/2021 | 2006 |
| | | | 10164770919 | 04/23/2020 | 03/19/2021 | 2006 |
| | | | 10164825408 | 04/23/2020 | 03/19/2021 | 2006 |
| | | | 10164943920 | 05/08/2020 | 04/02/2021 | 2006 |
| | | | 10165104407 | 05/26/2020 | 04/23/2021 | 2006 |
| | | | 10165162868 | 06/01/2020 | 04/23/2021 | 2006 |
| | | | 10165225053 | 06/10/2020 | 05/07/2021 | 2006 |
| 200621106562 | 10/28/2021 | 01/24/2022 | 10165983792 | 08/21/2020 | 07/23/2021 | 2006 |
| | | | 10166097170 | 08/24/2020 | 07/23/2021 | 2006 |
| | | | 10166170662 | 09/01/2020 | 07/30/2021 | 2006 |
| | | | 10166262352 | 09/05/2020 | 08/06/2021 | 5309 |
| | | | 10166367771 | 09/14/2020 | 08/06/2021 | 2006 |
| | | | 10166471557 | 09/30/2020 | 08/27/2021 | 2006 |
| | | | 24103481016 | 10/14/2020 | 08/13/2021 | 1704 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)