## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| General Cable Industries, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>United States,<br><br>Defendant. | Case No. 1:22-cv-00150 |

### NOTICE OF DISMISSAL

Plaintiff General Cable Industries, Inc., in accordance with USCIT Rule 41(a)(1), notifies the Court and Defendant that Plaintiff hereby voluntarily dismisses its lawsuit, without prejudice.

Dated: November 22, 2023

Respectfully submitted,

FROST BROWN TODD, LLP

*/s/ Jan de Beer*
Jan de Beer
250 West Main Street
Suite 2800
Lexington, KY 40507
Telephone: (859) 244-3247
Facsimile: (859) 231-0011
jdebeer@fbtlaw.com
*Counsel for General Cable Industries, Inc.*

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 22-cv-00150 | General Cable Industries, Inc. |

Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: November 22, 2023

Clerk, U. S. Court of International Trade

By: /s/ Giselle Almonte
Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)